BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
Robert E. Coyle United States Courthouse
2500 Tulare Street, Room 4-401
Fresno, California 93721
Telephone: (559) 497-4077

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-cr-419 LJO |
| | ) | |
| Plaintiff, | ) | ORDER ON SECOND STATE OF |
| | ) | CALIFORNIA WRIT FOR HABAES CORPUS |
| | ) | AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| ROBERTO MARTIN MENDOZA | ) | |
| BALLARDO, | ) | |
|    aka MARTIN MENDOZA BALLARDO, | ) | |
| | ) | |
| Defendants. | ) | |

The Honorable Ann Q. Ameral, Superior Court Judge for the State of California, County of Stanislaus, has requested that the body of the above-named defendant be produced on January 13, 2011, at 8:30 a.m., in Stanislaus County Superior Court, Juvenile Dependency Department 15, for proceedings in the case involving the Mendoza-Corona Minors, Case No. 515883/515884. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed in the state action, and that the next court appearance in the above-entitled case will not be affected by the requested appearance;

IT IS HEREBY ORDERED that deputies of the Stanislaus County Sheriff's Office may take custody of the defendant on January 13, 2011 for purposes of transporting him on that date to the Stanislaus County Superior Court, Department 15, Juvenile Delinquency, located at 800 11th Street,

1  Modesto, California and return him to the custody of the United States Marshal no later than 4:30
2  p.m on January 13, 2011.
3
      IT IS SO ORDERED.
4
**Dated:   December 6, 2010**              /s/ Lawrence J. O'Neill
5                                                        UNITED STATES DISTRICT JUDGE