IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERTO MARTIN MENDOZA-BALLARDO, et al.<br><br>　　　　　Defendants.<br>_____ / | CASE NO. CR F 10-0419 LJO<br><br>**TENTATIVE ORDER TO CONTINUE DATES** |

　　　Defense counsel David Torres and Mark Coleman and Assistant U.S. Attorney Kathleen Servatius have indicated good cause to continue the August 1, 2011 trial. In the absence of a motion to sever, this Court is inclined to continue the August 1, 2011 trial. As such, the deadlines set in the July 15, 2011 pretrial order will be reset based on final determination of the trial date. This Court SETS a further status conference for July 25, 2011 at 12 p.m. in Department 4 (LJO) to address the need to reset the trial date, and if reset, a new trial date.

　　　IT IS SO ORDERED.

**Dated:　July 21, 2011**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1