BENAJMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:10-CR-00419-LJO |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| ROBERTO MARTIN MENDOZA-BALLARDO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the entry of a guilty plea as to the charges listed in the Indictment by defendant Roberto Martin Mendoza-Ballardo, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853, defendant Roberto Martin Mendoza-Ballardo's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Approximately $18,000.00 in United States Currency

2. The above-listed property constitutes or is derived from, proceeds obtained, directly or indirectly, or was property used, or intended to be used, in any manner or part to commit, or

Case 1:10-cr-00419-DAD   Document 148   Filed 04/23/12   Page 2 of 3

1  to facilitate the commission of a violation of 21 U.S.C. §§
2  841(a)(1) and 846.
3       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4  designee) shall be authorized to seize the above-listed property.
5  The aforementioned property shall be seized and held by the
6  United States Marshals Service, in its secure custody and
7  control.
8       4.   a.   Pursuant to 21 U.S.C. § 853(n) and Local Rule 171,
9  the United States shall publish notice of the order of
10 forfeiture.  Notice of this Order and notice of the Attorney
11 General's (or a designee's) intent to dispose of the property in
12 such manner as the Attorney General may direct shall be posted
13 for at least 30 consecutive days on the official internet
14 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
15 may also, to the extent practicable, provide direct written
16 notice to any person known to have alleged an interest in the
17 property that is the subject of the order of forfeiture as a
18 substitute for published notice as to those persons so notified.
19       b.   This notice shall state that any person, other than
20 the defendant, asserting a legal interest in the above-listed
21 property, must file a petition with the Court within sixty (60)
22 days from the first day of publication of the Notice of
23 Forfeiture posted on the official government forfeiture site, or
24 within thirty (30) days from receipt of direct written notice,
25 whichever is earlier.
26      5.   If a petition is timely filed, upon adjudication of all
27 third-party interests, if any, this Court will enter a Final
28 ///

Order of Forfeiture pursuant to 21 U.S.C. § 853 in which all interests will be addressed.

    IT IS SO ORDERED.

**Dated:   April 23, 2012**               /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE