(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
ROBERTO MARTIN MENDOZA-BALLARDO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO MARTIN MENDOZA-BALLARDO, et al.,<br><br>Defendants. | Case No.:   **1:10-CR-00419-LJO**<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**AND**<br>**O R D E R** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for May 14, 2012, at 8:30 a.m., be continued to June 18, 2012, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

Informal Objections to be served on or before May 28, 2012

Formal Objections to be filed on or before June 11, 2012

This continuance is requested by counsel for Defendant, ROBERTO MARTIN MENDOZA-BALLARDO, due to the fact that counsel needs additional time prepare informal objections to the probation report.  Specifically, due to the fact that the Defendant is housed at Lerdo, Counsel was

unable to meet with defendant until last week. Additionally, counsel was in trial during the week of April 9-13, 2012, continuing through April 16, 2012, and has not had the time to prepare objections to the report in this case.

Counsel for Defendant has spoken with Assistant U. S. Attorney, KATHLEEN SERVATIUS, who has no objection to this continuance.

Dated: April 24, 2012				Respectfully Submitted,

						NUTTALL COLEMAN & WILSON

						 /s/ MARK W. COLEMAN

						_____
						MARK W. COLEMAN
						Attorney for Defendant,
						ROBERTO MARTIN MENDOZA-BALLARDO

Dated: April 24, 2012.				UNITED STATES ATTORNEY'S OFFICE

						 /s/ KATHLEEN SERVATIUS

						_____
						KATHLEEN SERVATIUS
						Assistant U.S. Attorney

* * * * * * *

**O R D E R**

GOOD CAUSE HAS BEEN STATED. GRANTED.

IT IS SO ORDERED.

**Dated:   April 25, 2012**			        /s/ Lawrence J. O'Neill
						UNITED STATES DISTRICT JUDGE