KATHERINE HART #76715
Law Offices of Katherine Hart
2055 San Joaquin Street
Fresno, CA 93721
Tel: (559) 256-9800
Fax: (559) 256-9798

Attorney for Defendant,
ROBERTO MARTIN MENDOZA-BALLARDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERTO MARTIN MENDOZA- ) <br> BALLARDO, ) <br> ) <br> Defendant. ) <br> ———————————————— ) | CR. No. 1:10-cr-0419 LJO <br><br> **NOTICE OF APPEAL**, REQUEST FOR WAIVER OF FILING FEE ON APPEAL AS DEFENDANT IS INDIGENT; ORDER FOR WAIVER OF FILING FEE ON APPEAL |

Defendant ROBERTO MARTIN MENDOZA-BALLARDO, through his attorney KATHERINE HART, hereby files a NOTICE OF APPEAL to the Ninth Circuit Court of Appeals from the judgment and commitment issued July 12, 2012. Defendant was represented by CJA (Criminal Justice Act) counsel at the district court level, and counsel on appeal has been appointed by the district court for the appeal; therefore defendant/appellant requests that he be relieved from the requirement of paying filing fees on appeal.

Dated: July 16, 2012        /s/Katherine Hart
                            KATHERINE HART. Attorney at Law


Dated: July 16, 2012        /s/Robert Martin Mendoza-Ballardo
                            ROBERT MARTIN MENDOZA-BALLARDO, Defendant and Appellant.

## ORDER

CJA (Criminal Justice Act) counsel having been appointed to represent defendant ROBERT MARTIN MENDOZA-BALLARDO on appeal, it is hereby ordered that filing fees and costs for the appeal are hereby waived.

IT IS SO ORDERED.

**Dated:   July 16, 2012**        /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

2