UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ROBERTO MARTIN MENDOA-BALLARDO,<br><br>　　　　　Defendant. | Case №: 1:10-CR-00419-1-NODJ<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has satisfied the Court that he is financially unable to obtain counsel and wishes the Court to appoint him counsel with respect to the retroactive application of the United States Sentencing Guidelines 2023 Amendments.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**

　　1.　　John Balazs be appointed to represent the defendant in this case effective *nunc pro tunc* to January 11, 2024, substituting the Federal Defenders Office appointed per G.O. 670.

IT IS SO ORDERED.

　Dated:　**January 12, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE