John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
ROBERTO MARTIN MENDOZA-BALLARDO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-CR-0419-NODJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| ROBERTO MARTIN MENDOZA-BALLARDO, | |
| Defendant. | |

The defendant, ROBERTO MARTIN MENDOZA-BALLARDO, through counsel, and plaintiff United States, through counsel, hereby stipulate and request that the Court extend the time for defendant's reply brief to the government's opposition to his motion to reduce sentence under 18 U.S.C. § 3582(c)(2) from March 19, 2024 to April 2, 2024. This request is to provide defense counsel additional time to consult with the defendant in prison and prepare a response. Respectfully submitted,

Dated: March 15, 2024               Dated: March 15, 2024

PHILLIP A. TALBERT
United States Attorney


 /s/ Shelly D. Weger                 /s/ John Balazs
SHELLY D. WEGER                     JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff               Attorney for Defendant
UNITED STATES OF AMERICA             ROBERTO MARTIN MENDOZA-BALLARDO

1

**ORDER**

IT IS SO ORDERED.

DATED: March 18, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE